UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MORALES, | 1:12-cv-1035-AWI-GSA  (HC) |
|          Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |
|   v. | |
| COPENHAVER, | (DOCUMENT #15) |
|          Respondent. | |

      Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On October 17, 2012, Respondent filed a motion to extend time to file an answer to petition.  On October 19, 2012, Respondent filed an answer.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Respondent is granted an extension of time nunc pro tunc to October 19, 2012, in which to file an answer.

    IT IS SO ORDERED.

    Dated:   **October 23, 2012**              /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE